```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

INTERNATIONAL BRAIN RESEARCH,

                Plaintiff(s),

       -v-                                          No. 08 Civ. 10366 (LTS)

E. ROY JOHN, ET AL.,

                Defendant(s).
-----------------------------------------------------------X
```

LAURA TAYLOR SWAIN, DISTRICT JUDGE

### ORDER

The Initial Pretrial Conference scheduled for June 29, 2009, is rescheduled for July 15, 2009, at 10:30 a.m. in Courtroom 11C.

Dated: New York, New York
       June 25, 2009

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 5 2009